470 F.2d 995
 Linwood Hugh CARTER, Plaintiff-Appellant,
v.
TAYLOR DIVING & SALVAGE CO., and Brown & Root, Inc.,
Defendants-Appellees.
 No. 72-2001.
 United States Court of Appeals,
Fifth Circuit.
 Jan. 15, 1973.
 
 Darryl J. Tschirn, New Orleans, La., for plaintiff-appellant.
 Lawrence J. Ernst, New Orleans, La., for defendant-appellee.
 Before GEWIN, BELL and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 
 1
 For reasons sufficiently stated in the opinion of the District Court, 341 F. Supp. 628 (E.D.La.), the judgment is affirmed.